# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KAYLA STRELECKI, | ) |
| Plaintiff, | ) CASE NO. 4:24-cv-00191-SHL-HCA ) ) JOINT STATUS REPORT |
| v. | ) ) |
| LOGAN FINANCE CORPORATION, | ) ) |
| Defendant. | ) |

The Parties to the above-referenced action respectfully submit this Status Report.

**I.      Case Status**

The Parties have met and conferred and agreed that a formal status conference is not necessary.

**II.     Dispositive Motions**

The Parties anticipate filing dispositive motions by the September 8, 2025, deadline.

**THEREFORE**, the Parties respectfully request that the Court accept this Status Report in lieu of a formal conference.

Dated this 4th day of August 2025.

/s/ *John L. Malevitis*

John L. Malevitis
PALADIN LAW, LTD.
109 Symonds Drive
Ste. Unit 156
Hinsdale, IL 60522
johnny@thepaladinlawyer.com
ATTORNEY FOR PLAINTIFF

By: /s/ *Christine Bestor Townsend*

Christine Bestor Townsend, AT0012175
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
christine.townsend@ogletree.com
ATTORNEY FOR DEFENDANT

| PROOF OF SERVICE ||
|---|---|
| The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 4, 2025, by ||
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivered | ☐ Electronic Mail |
| ☐ FedEx / Overnight Carrier | ☒ CM/ECF |

John L. Malevitis, Esq.
Paladin Law, Ltd.
109 Symonds Drive
Ste Unit 156
Hinsdale, IL 60522
Email: johnny@thepaladinlawyer.com

*Attorney for Plaintiff*

                */s/ Christine Bestor Townsend*